USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/27/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America,

                Plaintiff(s),

-against-

Johnny Nunez,

                Defendant(s).

24-CR-0558 (MMG)

**ORDER**

MARGARET M. GARNETT, United States District Judge:

    The Arraignment and Initial Pretrial Conference is scheduled for October 2, 2024, at 1:00 p.m. in Courtroom 906 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, NY 10007.

Dated: September 27, 2024
       New York, New York

                                  SO ORDERED.

                                  _____
                                  MARGARET M. GARNETT
                                  United States District Judge