UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| United States of America,<br><br>       Plaintiff(s),<br><br>  -against-<br><br>Johnny Nunez,<br><br>       Defendant(s). | 24-CR-0558 (MMG)<br><br>**ORDER** |

MARGARET M. GARNETT, United States District Judge:

  The Change of Plea Hearing is scheduled for December 3, 2024, at 11:00 a.m. in Courtroom 906 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, NY 10007.

Dated: November 19, 2024
   New York, New York

              SO ORDERED.

              _____
              MARGARET M. GARNETT
              United States District Judge