USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/25/2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America,

                Plaintiff(s),

-against-

Johnny Nunez,

                Defendant(s).

24-CR-0558 (MMG)

**ORDER**

MARGARET M. GARNETT, United States District Judge:

    The Fatico Hearing scheduled for March 10, 2025, at 11:00 a.m. is hereby canceled.

Dated: February 25, 2025
       New York, New York

SO ORDERED.

_____
MARGARET M. GARNETT
United States District Judge